UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14029-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

VS.

EDWIN ANTONIO HILL

       Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation (D.E. #324) on Defendant's Motion to Compel Specific Performance issued March 6, 2008. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued March 6, 2008 is hereby **ADOPTED**. Defendant's Motion to Compel Specific Performance is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of March, 2008.

                                                   K. MICHAEL MOORE
                                                 UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record